Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Circuito Cerrado, Inc.



FILED
CLERK, U.S. DISTRICT COURT

FEB 1 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

Circuito Cerrado, Inc.,

                    Plaintiff,

          vs.

Teresa C. Figueroa, et al.,

                    Defendants.

CASE NO. CV 10-4249 SVW MAN

[Proposed] ORDER GRANTING
STIPULATION OF DISMISSAL OF
PLAINTIFF'S COMPLAINT
AGAINST DEFENDANTS TERESA
C. FIGUEROA A/K/A TERESA C.
MURILLO DE FIGUEROA,
individually and d/b/a EL
CHILAMATAL RESTAURANT

IT IS HEREBY STIPULATED by and between Plaintiff CIRCUITO
CERRADO, INC. and Defendant TERESA C. FIGUEROA A/K/A TERESA C.
MURILLO DE FIGUEROA, individually and d/b/a EL CHILAMATAL
RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice**
against TERESA C. FIGUEROA A/K/A TERESA C. MURILLO DE FIGUEROA,
individually and d/b/a EL CHILAMATAL RESTAURANT and subject to the Court's
jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has
filed a motion to reopen this action by March 15, 2011, the dismissal shall be deemed
to be **with prejudice**.

STIPULATION OF DISMISSAL
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

IT IS SO ORDERED:

Dated 2/14/11

The Honorable Stephen V. Wilson
United States District Court
Central District of California

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION OF DISMISSAL
PAGE 2